UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:

CHRISTOPHER C HANSON
TAMMY L HANSON                                   Case No. - BKY 19-40046 KLT
                                                 Chapter 13

Debtor(s)

_____

TRUSTEE'S NOTICE OF FINAL CURE PAYMENT
CLAIM HOLDER: BSI FINANCIAL SERVICES

Gregory A. Burrell, Chapter 13 Trustee, for his Notice of Final Cure Payment, states as follows:

1. The debtor has completed all payments under the plan and has paid in full the amount required to cure the default under the claim holder's claim, in accordance with the terms of the confirmed chapter 13 plan.

**Name of Creditor**: BSI FINANCIAL SERVICES

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 633 | 0992 | $3720.04 | $3720.04 | $3720.04 |

| | |
|---|---|
| Direct Amount Paid by Debtor | $0.00 |
| Total Amount Paid by Trustee | $3720.04 |

2. This notice is being provided in compliance with FED. R. BANKR. P. 3002.1(f), to claimants whose claims are secured by a security interest in the debtor's principal residence and whose claims are provided for under 11 U.S.C. § 1322(b)(5).

3. NOTICE OF OBLIGATION TO FILE AND SERVE A RESPONSE:

**THE CLAIMANT HAS AN OBLIGATION UNDER THIS RULE TO FILE AND SERVE A RESPONSE TO THIS NOTICE. THE NOTICE MUST BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON THE DEBTOR, THE DEBTOR'S COUNSEL, AND THE TRUSTEE, NOT LATER THAN 21 DAYS AFTER SERVICE OF THIS NOTICE. FED. R. BANKR. P. 3002.1(g) SETS FORTH THE SPECIFICS GOVERNING THE CLAIMANT'S RESPONSE.**

Dated: February 22, 2022                                        /e/ Gregory A. Burrell
                                                                Gregory A. Burrell, Chapter 13 Trustee
                                                                100 South Fifth Street, Suite 480
                                                                Minneapolis, MN  55402
                                                                (612) 338-7591

## VERIFICATION

I, Linda Goneau, an employee of the Trustee, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date:   February 22, 2022                                        /s/ Linda Goneau

## CERTIFICATE OF SERVICE

    I, Linda Goneau, employed by Gregory A. Burrell, Chapter 13 Trustee, declare under penalty of perjury, that on February 22, 2022, I served a copy of this notice on the individual(s) named below, in the manner described.

**Copy to Debtor(s) addressed to:**

CHRISTOPHER C HANSON
TAMMY L HANSON
1025 PONTIAC LANE
CHANHASSEN, MN   55317-

**Additional Copy(s) served electronically through the Court's ECF System or by first class U.S. mail postage prepaid addressed to:**

BSI FINANCIAL SERVICES
PO BOX 679002
DALLAS, TX   75267-9002

SERVIS ONE, INC
c/o BSI FINANCIAL SERVICES
314 FRANKLIN STREET, 2ND FLOOR
TITUSVILLE, PA   16354-

Robert J. Hoglund
Hoglund & Mrozik, PLLC
PO Box 130938
Roseville, MN   55113-

Shapiro & Zielke, LLP
12550 West Frontage Road, Suite 200
Burnsville MN 55337-

and I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: February 22, 2022

                                                                /e/ Linda Goneau
                                                                Linda Goneau